DIMITRIOS DIMOPOULOS ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF SOUTHINGTON ET AL.

The petition of the defendant New England Realty of Southington, Inc., for certification for appeal from the Appellate Court, 31 Conn. App. 380 (AC 11235), is denied.

*Richard M. Krezel,* in support of the petition.

*William Galske III,* in opposition.